**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

DAVID NICKS,

     Plaintiff,

v.                                                  No. 22-cv-0190 JB/KK

CINCINNATI INSURANCE COMPANY,

     Defendant.

**ORDER RESETTING RULE 16 SETTLEMENT CONFERENCE**

THIS MATTER comes before the Court on Defendant's Motion to Reschedule Settlement Conference (the "Motion") (Doc. 16), filed September 6, 2022. The Court granted the Motion in part on September 7, 2022, and vacated the settlement conference set for September 20, 2022, and associated deadlines. (Doc. 17). This Order resets the Settlement Conference for December 8, 2022, at 9:30 a.m. MST via Zoom Video Conference and fixes associated deadlines.

IT IS ORDERED that the deadlines and hearings set in the Court's Order Setting Rule 16 Settlement Conference (Doc. 12) are hereby RESET as follows:

| | |
|---|---|
| **Plaintiff's demand letter due to Defendant:** | **November 10, 2022** |
| **Defendant's counteroffer letter due to Plaintiff:** | **November 22, 2022** |
| **Parties' confidential position statements due to the Court:** | **November 23, 2022** |
| **Motions to Reschedule the Settlement Conference:** | **November 23, 2022** |
| **Telephonic pre-settlement status conference:**[1] | **November 28, 2022, at 1:30 p.m. MST** |
| **Settlement Conference via Zoom Video Conference:**[2] | **December 8, 2022, at 9:30 a.m. MST** |

---

[1] Counsel are to call Judge Khalsa's AT&T conference line at **(877) 848-7030** and enter the code **7324132** to connect to the proceedings.

[2] The updated Zoom ID and Passcode will be filed separately in a sealed Notice of Zoom Information; counsel are responsible for providing this Notice to their clients and any other persons who will be participating in the conference.

All other provisions of the Court's Order Setting Rule 16 Settlement Conference (Doc. 12) remain in full force and effect.

IT IS SO ORDERED.

_____
KIRTAN KHALSA
UNITED STATES MAGISTRATE JUDGE